IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDWARD ALLEN McELROY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MS. N. HOWTON, Superintendent, )<br>Oregon State Correctional )<br>Institution, )<br>)<br>Defendants ) | Civil No. 05-1503-ST<br><br>ORDER OF DISMISSAL |

    Based on the record, the Petitioner's motion for Voluntary Dismissal of petition, and the Stipulation to Voluntary Dismissal,

    IT IS HEREBY ORDERED that this action is dismissed without prejudice.

    Dated this __2nd__ day of November, 2006.


                                        /s/ Ancer L. Haggerty
                                             Ancer L. Haggerty
                                  United States District Judge